UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RICHARD ALLEN SPARKS, JR.,

    Plaintiff,                      Case No. 2:13-CV-19

v.                                          Hon. Gordon J. Quist

UNKNOWN C/O BROMMENSCHENKLE,

    Defendant.
_____/

# ORDER ADOPTING
# REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on January 15, 2014. In that Report and Recommendation, Magistrate Judge Greeley recommends that Defendant's motion to dismiss and for an extension of time to secure counsel be denied. The Report and Recommendation was duly served on the parties on January 15, 2014. No objections have been filed pursuant to 28 U.S.C. § 636.

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge filed January 15, 2014 (dkt. #10) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss and For Extension of Time to Secure Counsel (dkt. # 8) is **DENIED**.


Dated: February 12, 2014                                        /s/ Gordon J. Quist
                                                                         GORDON J. QUIST
                                                       UNITED STATES DISTRICT JUDGE