UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RICHARD ALLEN SPARKS, JR.,

      Plaintiff,                                    Case No.  2:13-CV-19

v.                                                      Hon. Gordon J. Quist

UNKNOWN C/O BROMMENSCHENKLE,

      Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on May 2, 2014.  In that Report and Recommendation, Magistrate Judge Greeley recommends that the complaint be dismissed for lack of prosecution pursuant to Fed. R. Civ. P. 41(b).  The Report and Recommendation was duly served on the parties on May 6, 2014.  No objections have been filed pursuant to 28 U.S.C. § 636.

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge filed May 2, 2014 (dkt. #16) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's complaint is **DISMISSED with prejudice**.


Dated:  May 29, 2014                                                    /s/ Gordon J. Quist
                                                                         GORDON J. QUIST
                                                            UNITED STATES DISTRICT JUDGE